

2005 Decisions

**Opinions of the United States Court of Appeals for the Third Circuit**

10-28-2005

# Wilderman v. Cooper & Scully PC

Precedential or Non-Precedential: Precedential

Docket No. 04-1876

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

## Recommended Citation

"Wilderman v. Cooper & Scully PC" (2005). *2005 Decisions.* Paper 286.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/286

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 04-1876

_____

BRUCE J. WILDERMAN, D.D.S.;
HEIDY D. WILDERMAN,
                                        Appellants

v.

COOPER & SCULLY, P.C.

_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 04-cv-00460)
District Judge: Honorable Stewart Dalzell

_____

Submitted Under Third Circuit LAR 34.1(a)
September 30, 2005

Before: ALITO, and AMBRO, Circuit Judges
RESTANI,* Chief Judge

_____

**O R D E R**

_____

After further review, the Opinion issued on October 13, 2005 is amended and has

been determined to be precedential.

By the Court,
/s/ Thomas L. Ambro, Circuit Judge

Dated:  October 28, 2005
CMH/cc: RMGm REM, SJP, GWB, KK, GW

_____

        * Honorable Jane A. Restani, Chief Judge, United States Court of International
Trade, sitting by designation.